**54**

with the Township, and, hence, immune from tort liability.

COMMONWEALTH of Pennsylvania, Appellant,

v.

Robert ZUKOWSKI, Appellee.

Supreme Court of Pennsylvania.

Submitted June 16, 2004.

Decided Aug. 18, 2004.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2004, the order of the Chester County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Judith JARDIN and All Others Similarly Situated, Appellants,

v.

Honorable Pedro A. CORTES, Secretary of the Commonwealth of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Aug. 18, 2004.

Joseph E. Altomare, Esq., Titusville, for Judith Jardin.

Christal Pike–Nase, Esq., Andrew Simon Sislo, Esq., for Pedro A. Cortes.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2004, the order of the Commonwealth Court is REVERSED, and the matter is remanded to the Commonwealth Court for further proceedings in accordance with *Tritt v. Cortes,* 851 A.2d 903 (Pa.2004).

Justice CASTILLE dissents.